COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-06-261-CV

 

IN RE PERDUE, BRACKETT,
FLORES,                                        RELATORS

UTT & BURNS, A JOINT VENTURE, 

LUTHER W. ("LUKE") ELLIS, C. DAVID 

FIELDER AND ELIZABETH
PARMER                                                         

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relators=
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relators=
petition for writ of mandamus is denied.

Relators
shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

 

 

PANEL B: 
GARDNER, J.; CAYCE, C.J.; and WILLIAM BRIGHAM (Senior Justice, Retired,
Sitting by Assignment).

 

DELIVERED: 
January 19, 2007











    [1]See
Tex. R. App. P. 47.4.